

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00180-CV

| | | |
|---|---|---|
| JON HOBSON, Appellant | § | On Appeal from the 415th District Court |
| v. | § | of Parker County (CV17-0052) |
| | § | June 27, 2019 |
| DARRELL FRANCIS AND CATHERINE FRANCIS, Appellees | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Jon Hobson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr